United States District Court
Southern District of Texas
**ENTERED**
February 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ORLANDO CRUZ JR., *et al*, § | |
| § | |
| Plaintiffs, § | |
| VS. § | CIVIL ACTION NO. 7:18-CV-00001 |
| § | |
| JPMORGAN CHASE BANK, N.A., *et al*, § | |
| § | |
| Defendants. § | |

# FINAL JUDGMENT

For the reasons stated in this Court's opinion and order of February 1, 2018,[1] Plaintiffs' claims against Defendants having been **DISMISSED WITH PREJUDICE**, the Court hereby enters this final judgment.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 28th day of February, 2018.

_____
Micaela Alvarez
United States District Judge

---

[1] Dkt. No. 10.